CRIS C. VAUGHAN, SBN 99568
VAUGHAN & ASSOCIATES
6207 South Walnut Street, Suite 800
Loomis, CA 95650
Telephone: 916-660-9401
Facsimile: 916-660-9378

Attorneys for Defendants
STROMER FAMILY 2000 REVOCABLE TRUST
dba STROMER REALTY; JOE'S QUALITY AUTO
REPAIR; TOLTEC INVESTORS AND DEVELOPMENT
GROUP, LLC; DAN ANDREASON dba CLEAN RITE;
SUTTER ORCHARD SUPPLY and JAMES E. ABBOTT;
AATCO TRANSMISSION; DAVID & SANDRA LANZA
and ACCESS DENTAL; JAMES M. SILLER, DC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE S. LOUIE,<br><br>            Plaintiff,<br>    v.<br><br>STOMER FAMILY 2000 REVOCABLE TRUST dba STROMER REALTY and DOES 1-20; CICRE FAMILT TRUST and DOES 1-20; KENNETH L. APPLE dba SUNBURST PATIO & FIRESIDE and DOES 1-20; YUBA GOLD INVESTORS, LLC dba RE/MAX GOLD and DOES 1-20; TUAN KE TUONG and JOE'S QUALITY AUTO REPAIR and DOES 1-20; GLINES CARPERT, INC. dba CARPERT CLEANERS and DOES 1-20; NUT TREE GAS, INC. dba NTG and Does 1-20; | CASE NO.  11-cv-00108-MCE-EFB<br><br>**EX PARTE APPLICATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT UP TO AND INCLUDING FIFTEEN (15) DAYS FOLLOWING THE COURT'S RULING ON DEFENDANTS' MOTION TO SEVER OR IN THE ALTERNATIVE TO DISMISS MISJOINED DEFENDANTS WITHOUT PREJUDICE AND ORDER**<br><br>DATE:            March 16, 2011<br>TIME:            10:00 a.m.<br>COURTROOM:   24<br>MAGISTRATE<br>JUDGE:           Edmund F. Brennan |

-1-

| | |
|---|---|
| 1 | TOLTEC INVESTORS and DEVELOPMENT GROUP, LLC and DAN ANDREASON dba CLEAN CLEAN RITE and DOES 1-20; SUTTER ORHARD SUPPLY and JAMES E, ABBOTT and DOES 1-20; AATCO TRANSMISSION and DOES 1-20; DAVID & SANDRA LANZA and ACCESS DENTAL; BALWINDER & RANJINDER MALHI and NICE INN MOTEL; TERYAKI HOUSE and DOES 1-20; SERRA HEALTH CARE and DOES 1-20; JAMES M. SIKKER, DC and DOES 1-20 and KAMALJET KAHLOM and DOES 1-20, |

Defendants.

I, CRIS C. VAUGHAN, declare:

1. I am an attorney at law duly admitted to practice before this Court and represent Defendants, STROMER FAMILY 2000 REVOCABLE TRUST dba STROMER REALTY sued erroneously as STOMER FAMILY 2000 REVOCABLE TRUST; JOE'S QUALITY AUTO REPAIR; TOLTEC INVESTORS AND DEVELOPMENT GROUP, LLC; DAN ANDREASON dba CLEAN RITE sued erroneously as DAN ANDREASON dba CLEAN CLEAN RITE; SUTTER ORCHARD SUPPLY and JAMES E. ABBOTT; AATCO TRANSMISSION; DAVID & SANDRA LANZA and ACCESS DENTAL; and JAMES M. SILLER, DC sued erroneously as JAMES M. SIKKER, DC, in this matter.

2. I have prepared and filed prior to the filing of this Ex Parte Application for an Extension of Time to Respond to the Complaint, a Motion to Sever or Dismiss Misjoined Defendants in this matter. The hearing date for this Motion is March 16, 2011.

3. Prior to preparing this Ex Parte Application for an Extension of Time to Respond to the Complaint, I spoke with the Pro Per Plaintiff, George Louie, by

telephone. Mr. Louie stated during our call that he would not grant any extensions of time to respond to the Complaint thereby making this Ex Parte Application necessary.

4. The Complaint in this matter names seventeen (17) defendants which include at least sixteen (16) different businesses at different business locations in the Yuba City, California area. The Complaint alleges violation of the Americans with Disabilities Act and California State Law based upon a contention that the parking lot of each property is not accessible.

5. This Ex Parte Application seeks an extension of time up to and including fifteen (15) days following the Court's ruling on the Motion to Sever Defendants for the filing of a response by each defendant represented by this office.

I declare under penalty of perjury in accordance with the laws of the United States that the foregoing is true and correct.

Executed on this 8th day of February, 2011 at Loomis, California.

By: __/s/ Cris C. Vaughan__
CRIS C. VAUGHAN

ORDER

The Ex Parte Application by counsel for Defendants for an extension of time up to and including **fourteen (14)** days following the Court's ruling on Defendants' Motion to Sever Misjoined Defendants is granted. Defendants' Answer shall be filed no later than **fourteen (14)** days following the Court's ruling on Defendants' Motion to Sever Misjoined Defendants.

IT IS SO ORDERED

Dated: February 9, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE