1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   GEORGE LOUIE,

11          Plaintiff,                        No. CIV S-11-108 MCE EFB PS

12          vs.

13   STOMER FAMILY 2000 REVOCABLE
     TRUST dba STOMER REALTY, et al.,
14
            Defendants.                       <u>ORDER</u>
15   _____/

16          This case, in which plaintiff is proceeding *pro se*, is before the undersigned pursuant to

17   Eastern District of California Local Rule 302(c)(21).  Presently noticed for hearing on March 30,

18   2011 is plaintiff's motion for court approval, pursuant to California Code of Civil Procedure

19   section 708.440(b), of a settlement plaintiff contends he entered with all of the defendants in this

20   action.  *See* Dckt. Nos. 19, 23.  However, on March 10, 2011, plaintiff filed a "Notice of Filing

21   Bankruptcy," indicating that an involuntary Chapter 7 bankruptcy petition was filed against

22   plaintiff on February 28, 2011.  Dckt. No. 27.  In light of that filing, the March 30 hearing will

23   be continued and plaintiff will be ordered to file a brief indicating whether this case should be

24   stayed pursuant to the automatic bankruptcy stay, 11 U.S.C. § 362, and/or whether plaintiff has

25   standing to bring this action in light of the pending bankruptcy.  *See Manlangit v. Nat'l City*

26   *Mortg.*, 2010 WL 2044687, at *1 (E.D. Cal. May 20, 2010).

                                              1

Accordingly, IT IS HEREBY ORDERED that:

1.  The March 30, 2011 hearing on plaintiff's motion for court approval of his settlement with defendants is continued to April 20, 2011 at 10:00 a.m. in Courtroom No. 24.

2.  On or before March 30, 2011, plaintiff shall file a brief indicating whether this case should be stayed pursuant to the automatic bankruptcy stay, 11 U.S.C. § 362, and/or whether plaintiff has standing to bring this action in light of the pending bankruptcy.  Defendants and/or lien holders may also file such a brief, and/or a response to plaintiff's brief, on or before April 6, 2011.

DATED:   March 16, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2