IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE LOUIE,

      Plaintiff,                                      No. CIV S-11-0108 MCE EFB

    vs.

STOMER FAMILY 2000 REVOCABLE
TRUST dba STOMER REALTY, et al.,

      Defendants.                                ORDER
_____/

        This case, in which plaintiff was originally proceeding *pro se*, is before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21). *See* 28 U.S.C. § 636(b)(1). On August 2, 2011, Alan S. Fukushima, the Chapter 7 Bankruptcy Trustee in plaintiff's pending bankruptcy action(s), filed a ratification of this action pursuant to Federal Rule of Civil Procedure 17(a)(3). Dckt. No. 39. Mr. Fukushima indicates that he "intends to prosecute the instant case as the Plaintiff, which he has standing to do under Title 11 U.S.C. Section 541" and that "[o]n July 26, 2011, the Bankruptcy Court appointed Chad Wood, of Willbanks & Wood, a Professional Law Corporation, 1047 S. Tracy Boulevard, Tracy, California, 95376, (209) 830-9191, cwood@whw-law.com, as special counsel in this case on behalf of Mr. Fukushima." *Id.*

        Because the bankruptcy trustee, who is now proceeding as the plaintiff in this action, is represented by counsel, the referral to the magistrate judge will be withdrawn and the case will

1

1 be referred back to the district judge.  Therefore, the October 19, 2011 status (pretrial
2 scheduling) conference currently scheduled before the undersigned, Dckt. No. 38, will be
3 vacated.  The magistrate judge shall continue to perform the usual discovery tasks associated
4 with ordinary civil cases.
5     Accordingly, IT IS HEREBY ORDERED that:
6     1.  The referral of this case to the magistrate judge is withdrawn and the case is referred
7 back to the district judge; and
8     2.  The October 19, 2011 status (pretrial scheduling) conference before the undersigned is
9 vacated.
10    SO ORDERED.
11 DATED:  August 3, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2