IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE S. LOUIE,

    Plaintiff,                    No. 2:11-cv-00108 JAM KJN PS

    v.

STOMER FAMILY 2000 REVOCABLE
TRUST dba STROMER REALTY, et al.,

    Defendants.             ORDER
_____/

        On June 29, 2012, the court stayed proceedings in this case, including the briefing on intervening non-party lien claimant Elena Sadur's motion to set aside the dismissal and closure of this case, for at least six months in light of plaintiff's treatment for, among other serious health problems, metastatic squamous cell carcinoma. (Dkt. No. 95.) The court also required plaintiff and lien claimant Sadur to file status reports on or before December 14, 2012, indicating whether a live dispute remained vis-a-vis Sadur's motion to set aside the dismissal of this case. (Id.)

        On December 5, 2012, lien claimant Sadur filed a status report indicating that a live dispute remains. (Dkt. No. 97.) Thereafter, on December 12, 2012, plaintiff filed a letter requesting an extension of the stay, indicating that his health still does not allow him to presently participate in the case. (Dkt. No. 98.) Plaintiff submitted letters from his treating oncologist and

nephrology social worker testifying to the severity of his advanced metastatic squamous cell cancer and chronic kidney failure, and the associated limitation of his ability to participate in legal proceedings. (Id.)

In light of this showing, the court finds it appropriate to continue the stay of proceedings for approximately another six months. Any prejudice to lien claimant Sadur resulting from a further stay is outweighed by the severity of plaintiff's medical condition and his present inability to meaningfully participate and represent his interests in this case.

Accordingly, IT IS HEREBY ORDERED that:

1. The stay of all proceedings in this case is CONTINUED for approximately six months.

2. On or before July 12, 2013, plaintiff and claimant Sadur shall file status reports, indicating whether a live dispute remains vis-a-vis Sadur's motion to set aside the dismissal of this case, and addressing the status of plaintiff's health. Thereafter, the court will re-institute Sadur's motion, if necessary, and set a further briefing schedule in regards to that motion.

IT IS SO ORDERED.

DATE: January 3, 2013

KENDALL J. NEWMAN  
UNITED STATES MAGISTRATE